**Opinion filed November 8, 2018**



In The

# Eleventh Court of Appeals

_____

## No. 11-18-00200-CV

_____

**PETE SOTO, Appellant**

**V.**

**JULIE SOTO, Appellee**

**On Appeal from the 266th District Court**

**Erath County, Texas**

**Trial Court Cause No. CV34641**

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due to be filed in this court on or before September 21, 2018. On October 4, 2018, this court notified Appellant by letter that Appellant's brief was past due, and on this court's own motion, we extended the deadline to October 24, 2018. In the October 4 letter, the clerk of this court informed Appellant that the failure to timely file his brief by the October 24 due date "may result in dismissal of the appeal." *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). As of this date, Appellant has not filed a brief, nor has he requested an extension of time in

which to file his brief.  Based upon Appellant's failure to prosecute this appeal in a timely manner, we conclude that this appeal should be dismissed.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Accordingly, we dismiss this appeal for want of prosecution.

PER CURIAM

November 8, 2018

Panel consists of: Bailey, C.J.,
Willson, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.